ELD-025                                                                                          June 5, 2014

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **12-2883**

JAMES WASHINGTON

v.

SECRETARY PENNSYLVANIA DEPARTMENT OF CORRECTIONS; ET AL.,
Appellants
  (E.D. Pa. Civ. A. No. 2-10-cv-02869)

Present:     SMITH, FISHER and CHAGARES, Circuit Judges

   Submitted is Appellee's Petition Requesting Hearing and Release Under
   Fed. R. App. P. 23(c) in the above-captioned case.

                                               Respectfully,

                                               Clerk

MMW/JJA/pdb

_____ORDER_____
Washington's motion for release under Rule 23(c) of the Federal Rules of Appellate Procedure is denied. The factors set forth in Hilton v. Braunskill, 481 U.S. 770, 776-77 (1987), do not support Washington's request to be released pending appeal. Further, to the extent that Washington is seeking to enforce this Court's August 9, 2013 order requiring the Commonwealth to retry or release him, that order has been vacated by the Supreme Court and is thus no longer operative. See generally Andrulonis v. United States, 26 F.3d 1224, 1232 (2d Cir. 1994) ("'In essence, when a judgment is vacated all is effectually extinguished.'" (quoting Falcon v. Gen. Tel. Co., 815 F.2d 317, 320 (5th Cir. 1987)).

                                               By the Court,

                                               s/D. Brooks Smith
                                               Circuit Judge

Dated:     June 13, 2014
SLC/cc:    Susan E. Affronti
           Thomas W. Dolgenos
           Adrian N. Roe